IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL SHAFER AND JOSHUA HARDER. | ) | |
| | ) | CASE NO. 3:12-CV-00039-AWT |
| Plaintiffs, | ) | |
| v. | ) | JUDGE THOMPSON |
| RODERICK BREMBY, | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF
MOTION OF BETTY J. KING FOR RULE 11 SANCTIONS
AGAINST DEFENDANT BREMBY AND COUNSEL**

It gets worse: In the Spirit of Due Diligence that Defendant lacks, Intervenor searched her own emails to discover that Attorney Hugh Barber is implicated as well, because she told him back on 25 September 2012 that the materials she was submitting.... had already been submitted.

> "I owe one more document from GE. It is the same life insurance form I forwarded last year it should be ready by tomorrow. SSN.... let me know if you need more."

Ms. King hereby supplements the record. The exchanges with Attorney Barber were polite and cordial. Intervenor's position will be vindicated.



/s/ Christopher King, J.D.
_____
Christopher King, J.D.
http://KingCast.net -- Reel News for Real People
kingjurisdoctor@gmail.com
617.543.8085

## CERTIFICATE OF SERVICE

I the undersigned, solemnly swear that a true copy of this *Supplemental Memorandum* was delivered via ECF filing on 17 December, 2012 to:

Defendant Roderick Bremby
c/o Jennifer L. Callahan, Esq. ct 29033
CT AG
55 Elm Street
PO Box 120
Hartford, CT 06141
hugh.barger@ct.gov


Plaintiffs Shafer and Harder
Sheldon Toubman (ct08533)
New Haven Legal Assistance Assoc. 426 State Street
New Haven, CT 06510-2018
Phone: 203.946.4811
Fax: 203.498-9271
stoubman@nhlegal.org

/s/Christopher King, J.D.
_____
KingCast.net
By and through Christopher King, J.D.
617.543.8085m